IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

APR 1 6 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

JOANN EASTMAN

    v.                              NO.  11-7683

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

BEFORE JOYNER, J.

    AND NOW, to wit, this 16TH day of April, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Richard Sabol, Deputy Clerk

judg