# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANN EASTMAN,

      Plaintiff,

v.                           Case No.: 2:11-cv-7683-JCJ

NCO FINANCIAL SYSTEMS, INC.

      Defendant.

## SATISFACTION OF JUDGMENT

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: June 5, 2012             /S/ Craig Thor Kimmel
                                         Craig Thor Kimmel
                                         Attorney ID: 57100
                                         Kimmel & Silverman, P.C.
                                         30 E. Butler Pike
                                         Ambler, PA 19002
                                         Phone: (215) 540-8888
                                         Fax: (215) 540-8817
                                         Email: kimmel@creditlaw.com